OGDEN D. WILKINSON and ELIZABETH D. WILKINSON, appellants,

*v.*

GEORGE D. SCUDDER, executor of Catherine Dill, deceased, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *18 Stew. Eq. 413.*

*Mr. B. Gummere,* for the appellants.

*Mr. John R. Emery,* for the respondent.

---

* NOTE.—By a typographical error the syllabus of this case was not printed in the usual form, and the point decided was not inserted in the index. For the opinion, see *1 Dick. Ch. Rep. 605.*

Supreme Council of the Royal Arcanum *v.* Britton.

PER CURIAM.

This decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GARRISON, MAGIE, REED, VAN SYCKEL, BROWN, COLE, SMITH, WHITAKER—10.

*For reversal*—None.